IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AGNESS MCCURRY, § | |
| § | |
| *Plaintiff*, § | |
| v. § | CIVIL ACTION NO. 4:25-cv-2623 |
| § | |
| JUDGE SUZANNE SWEET COOK, in her § | |
| personal capacity, et al., § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is Plaintiff Agness Mccurry's ("Plaintiff") motion for reconsideration of this Court's order transferring this case to the Eastern District of Tennessee. (Doc. No. 18). Plaintiff alleges three points of error. First, Plaintiff suggests that this Court would not have determined that the Southern District of Texas was an improper venue had it known that Plaintiff resides in this District, as opposed to the Austin, Texas address contained on her pleadings. (*Id.* at 2). Even if Plaintiff resides in the Southern District of Texas, that does not affect the Court's analysis.

Second, Plaintiff asserts that venue is proper in this District under 28 U.S.C. § 1391(b)(2) because the alleged acts of the defendants caused her harmed while she lived in this District. (*Id.* at 3). That is not the proper inquiry under § 1391(b)(2). Where Plaintiff was at the time those allegedly erroneous orders were issued by the Tennessee judges does not change the fact that the events giving rise to the claims all occurred in Tennessee.

Third, and finally, Plaintiff urges this Court to reconsider its decision to transfer this case to the Eastern District of Tennessee because said transfer would "allow the accused parties . . . to regain control over the proceedings." (*Id.* at 4). As noted in its previous order, this Court has full confidence that whomever oversees the proceedings in the Eastern District of Tennessee will handle this matter appropriately.

As such, Plaintiff's motion for reconsideration is DENIED. (Doc. No. 18).

Signed at Houston, Texas, this 16th day of July, 2025.

Andrew S. Hanen
United States District Judge